UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN JAY HUTCHISON,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN MARSHALL, et al.,<br><br>        Defendants. | No. CV 09-04540-ABC (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss First Amended Complaint, Plaintiff's Opposition to Defendants' Motion to Dismiss, Defendants' Reply in Support of Motion to Dismiss, and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants'

//

//

//

Motion to Dismiss; and (3) directing that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: March 10, 2011

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE