JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| EDWIN JAY HUTCHISON, | ) | No. CV 09-04540-ABC (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: March 10, 2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE